## 18920. PEACOCK *v.* THE STATE.

DECIDED JUNE 12, 1928.

*W. A. Dampier,* for plaintiff in error.
*Fred Kea, solicitor-general,* contra.

LUKE, J. Sam Peacock was convicted under section 389 of the Penal Code (1910) of maintaining "a gaming house and room where persons were permitted, with his knowledge, to come together and play for money and other things of value." Over a timely objection that the evidence was irrelevant and hearsay, and that its admission would put the defendant's character in issue when he himself had not done so, the court permitted several witnesses to testify as follows: "He has the reputation among the officers as a gambler; he bears the reputation of being a gambler." This evidence was objectionable for the reasons assigned, and the court erred in overruling the only special ground of the motion for a new trial.

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

## 18925. SAVAGE *v.* THE STATE.

BLOODWORTH, J. The verdict of guilty was based on evidence which excluded every reasonable hypothesis save that of the guilt of the accused, and the court did not err in overruling the motion for a new trial, which was on the general grounds only.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 12, 1928.

*Burnside & McWhorter,* for plaintiff in error.
*M. L. Felts, solicitor-general,* contra.